HENRY J. SCHNITZER STATE BANK v. LOUIS. M. JOSEPHTHAL.— Motion for a stay denied, with ten dollars costs. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

THE NEW YORK TRUST COMPANY, as Trustee, etc., v. IRWIN LEASING COMPANY and Others.— Motion granted and appellants' time extended to and including April 10, 1924. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

PHILLIP COTRONE, an Infant, etc., v. BENJAMIN FRIEDLAND and Others.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

LEO FINKENBERG, INC., v. CROMPTON BUILDING CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

KNICKERBOCKER FIREPROOFING CO., INC., v. FRANK M. SEERY and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

THE HATTERS' FUR EXCHANGE, INC., Appellant, v. THE CORTLAND HAT CO., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to reply within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, Smith, Merrell, Finch and Martin, JJ.

CARL C. SHIPPEE and Another, Copartners, etc., Respondents, v. AMERICAN SURETY COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and Martin, JJ.

WALLACK CONSTRUCTION COMPANY, Appellant, v. SMALWICH REALTY CORPORATION and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and Martin, JJ.

LAZARUS WOHL and Another, Appellants, v. WASHINGTON SQUARE STABLES, INC., a Domestic Corporation, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and Martin, JJ.. Smith, J., dissenting.

MARY MICHAUD, as Administratrix, etc., of THOMAS MURPHY, Late of the County of New York, Deceased, Respondent, v. MARY MAGUIRE, Appellant,— Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and Martin, JJ.